UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Sarah Clark,

        Plaintiff,

v.

Century Financial Services, Inc.; and
DOES 1-10, inclusive,

        Defendant.
_____

Civil Action No.: 3:15-cv-00365-RNC

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Sarah Clark | Century Financial Services, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Sabato P. Fiano |
| Sergei Lemberg, Esq. (Juris No. 425027)<br>LEMBERG LAW, LLC | Sabato P. Fiano<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Blvd. |

43 Danbury Road  
Wilton, CT 06897  
(203) 653-2250  
Attorney for Plaintiff

Bridgeport, CT 06604  
(203) 333-9441  
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg
                                                  Sergei Lemberg